

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| VS. | : Docket No. 3:00CR00135 (AWT) |
| | : |
| ALBERTO V. ZAPPALA | : February 27, 2003 |

### GOVERNMENT'S MOTION TO AMEND
### RESTITUTION ORDER

The Government, through its undersigned attorney hereby files its motion to amend this Court's Order of Restitution, entered on May 31, 2001. Based upon the reasons articulated in the accompanying memorandum in support of this motion, the Government respectfully requests that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06510
(203) 821-3780
FEDERAL NO. CT3393

GRANTED. The court will issue an amendment to the Order of Restitution. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/24/05

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 27th day of February, 2003, to:

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, Connecticut   06503-0606

Christopher G. Blanchard, Esq.
Client Security Fund Committee
287 Main Street
Second Floor, Suite One
East Hartford, CT   06118-1885

_____
CHRISTINE SCIARRINO