

U.S. Department of Justice

*United States Attorney*
*District of Connecticut*

---

Connecticut Financial Center
157 Church Street                                  (203) 821-3700
P.O. Box 1824                                      Fax (203) 773-5376
New Haven, Connecticut 06510                       www.usdoj.gov/usao/ct

April 21, 2005

Honorable Alvin W. Thompson
United States District Judge
Federal District Court
450 Main Street
Hartford, Connecticut 06105

Attention:   Ms. Elsie Matta
             Law Clerk

Re:    United States v. Alberto V. Zappala
       Docket No: 3:00CR135 (AWT)

Dear Elsie:

     As we discussed, enclosed please find copies of two additional letters received from the Client Security Fund ("CSF") regarding payments it made to victims in this case. Please note that the payments CSF made to Mr. Onofrio satisfied the amount of restitution ordered. Please also note, however, that the amount paid to Ms. Maria Cullen-Carrano exceeded the amount of restitution ordered and therefore, the CSF should be reimbursed up to $1,601.00 only, with respect to its payment to Ms. Maria Cullen-Carrano.

     Should you have any questions feel free to call me directly at 1 (203) 821-3780.

Very truly yours,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney

CLS:ejs

The Clerk shall docket this letter. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 6/23/05



**CLIENT SECURITY FUND COMMITTEE**
Second Floor - Suite One
287 Main Street
East Hartford, Connecticut 06118-1885
(860) 568-3450

April 6, 2005

Maria C. Carrano
36 Hillside Avenue
West Haven, CT 06516

Re: Claim No. 0-CSF0103, <u>Carrano/Zappala</u>

Dear Ms. Carrano:

    The Client Security Fund Committee has considered your claim for reimbursement filed on November 13, 2002. After a careful review and investigation of your claim, the Committee found, at their meeting of March 30, 2005, that a reimbursable loss occurred in the amount of $6,000.00. The Committee has authorized payment to you in the amount of $6,000.00 pursuant to the authority vested in it by law.

    In order to process payment of your claim, Practice Book § 2-81 requires that the Committee obtain an agreement from you assigning to the Committee your rights and claims against the attorney (and/or that attorney's estate and assigns) responsible for your loss to the extent of the amount paid to you from the Fund. Please review and sign the enclosed subrogation agreement and return it to our office at the address indicated above. (If you are represented by counsel, you should review the subrogation agreement with your attorney.) *Please note that if you receive a payment in the future from any other source in connection with your claim, the subrogation agreement requires you to pay those funds recovered to the Committee until the Committee has been reimbursed for the amounts paid to you.* Once we have received the signed agreement, we will begin to process your payment. Ordinarily, you may expect to receive the payment check approximately four to six weeks from the date we receive the signed subrogation agreement.

    The Committee thanks you for your patience during the course of its review and investigation of your claim. Please note that the payment you will receive is made possible as a result of the required annual fee paid into the Client Security Fund by all lawyers and judges licensed in the state of Connecticut. Please feel free to contact our office if you have any questions.

Sincerely,

Christopher G. Blanchard
Staff Attorney

cc: Mr. Alberto Zappala
     Attorney Paul R. Kraus



**CLIENT SECURITY FUND COMMITTEE**
Second Floor - Suite One
287 Main Street
East Hartford, Connecticut 06118-1885
(860) 568-3450

April 6, 2005

Daniel Onofrio
12 Bayberry Road
Cheshire, CT  06492

Re:  **Claim No. 03-CSF0123, <u>Onofrio/Zappala</u>**

Dear Mr. Onofrio:

The Client Security Fund Committee has considered your claim for reimbursement filed on December 22, 2003. After a careful review and investigation of your claim, the Committee found, at their meeting of March 30, 2005, that a reimbursable loss occurred in the amount of $5,697.27. The Committee has authorized payment to you in the amount of $5,697.27 pursuant to the authority vested in it by law.

In order to process payment of your claim, Practice Book § 2-81 requires that the Committee obtain an agreement from you assigning to the Committee your rights and claims against the attorney (and/or that attorney's estate and assigns) responsible for your loss to the extent of the amount paid to you from the Fund. Please review and sign the enclosed subrogation agreement and return it to our office at the address indicated above. (If you are represented by counsel, you should review the subrogation agreement with your attorney.) *Please note that if you receive a payment in the future from any other source in connection with your claim, the subrogation agreement requires you to pay those funds recovered to the Committee until the Committee has been reimbursed for the amounts paid to you.* Once we have received the signed agreement, we will begin to process your payment. Ordinarily, you may expect to receive the payment check approximately four to six weeks from the date we receive the signed subrogation agreement.

The Committee thanks you for your patience during the course of its review and investigation of your claim. Please note that the payment you will receive is made possible as a result of the required annual fee paid into the Client Security Fund by all lawyers and judges licensed in the state of Connecticut. Please feel free to contact our office if you have any questions.

Sincerely,

Christopher G. Blanchard
Staff Attorney

cc:   Mr. Alberto V. Zappala ✓
      Attorney Carl A. Secola, Jr.