```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

United States of America      :

        v.                    :    DOCKET NO: 3:00CR135(AWT)

Alberto Zappala               :    September 10, 2008
```

## MOTION FOR EXAMINATION OF JUDGMENT DEBTOR AND FOR A HEARING ON DEFENDANT'S <u>ABILITY TO PAY THE JUDGMENT</u>

The Government in the above-entitled action represents:

1. That judgment was imposed upon the Defendant, Alberto Zappala, before the United States District Court, District of Connecticut, on September 21, 2000. As part of the judgment, the Defendant was ordered to pay restitution in the amount of $1,264,273.36. The Defendant's last payment was made on August 25, 2008, in the amount of $250.00. As of September 10, 2008, total restitution owed by Alberto Zappala is $1,813,678.23, with interest accruing at the rate of 6.241% per annum.

2. On March 3, 2008, the Government served by mail a set of Post Judgment Interrogatories and Request for Production on Ira B. Grudberg, Esq., the attorney who represents the Defendant, Alberto Zappala. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the Defendant has not filed any response, or requested an extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure disclosure", and F.R.Civ.P.37(d), which

authorizes this Court to "make such orders in regard to the failure [to answer interrogatories] as are just", the Government respectfully requests that an order be entered requiring the Defendant to appear before a Judge or Magistrate Judge of this Court and then and there be examined under oath concerning his property and means of paying said judgment.

The Government further moves that as part of the aforesaid order, the Defendant be required to produce at the hearing: (1) copies of Defendant's income tax records filed for the last two years; (2) all other documents sought by Government's Request for Production; and (3) a completed financial statement to assist the Court's evaluation of the Defendant's ability to pay.  A proposed Order is attached hereto for the Court's consideration.

                                        Respectfully Submitted,

                                        NORA R. DANNEHY
                                        ACTING UNITED STATES ATTORNEY

                                        CHRISTINE SCIARRINO
                                        ATTORNEY BAR NO: CT03393
                                        ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                                        UNITED STATES ATTORNEY'S OFFICE
                                        157 CHURCH STREET, 23RD FLOOR
                                        NEW HAVEN, CT  06510
                                        TELEPHONE: (203) 821-3700
                                        FAX: (203) 773-5392
                                        E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>C E R T I F I C A T I O N</u>

    This is to certify that a copy of the foregoing was mailed postage prepaid on this 10th day of September, 2008 to:

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
New Haven, CT 06510

 

_____
CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY